UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS MARTIN DUBRAVEC,

     Plaintiff,

                                Case No. 1:25-cv-447

v.

                                  HONORABLE PAUL L. MALONEY

CITY OF CADILLAC, et al.,

     Defendants.

_____/

**<u>JUDGMENT</u>**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  May 29, 2025                    /s/ Paul L. Maloney
                                       Paul L. Maloney
                                     United States District Judge